IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD C. STOKES,**

      **Plaintiff,**

**vs.**                                                                     Case No.: 2:14-cv-1601
                                                                          JUDGE SMITH
                                                                          Magistrate Judge Deavers

**STEVE ELLS,** *et al.***,**

      **Defendants.**

## ORDER

On May 8, 2015, the United States Magistrate Judge issued an Order and *Report and Recommendation* permitting Plaintiff to file an Amended Complaint within thirty days of the date of that Order, and recommending that Defendants Ells and Loudermilk be dismissed from this action. (*See Report and Recommendation*, Doc. 18).[1]  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendants Ells and Loudermilk are hereby dismissed from this lawsuit.

The Clerk shall remove Documents 10, 11, and 18 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                                       /s/ *George C. Smith*
                                                                       **GEORGE C. SMITH, JUDGE**
                                                                       **UNITED STATES DISTRICT COURT**

---

[1] Pursuant to this Court's February 24, 2015 Order, the Magistrate Judge has reconsidered the previous Order and Report and Recommendation, document 11, in issuing the most recent Order and Report and Recommendation.